177 So. 916
## Pete ABBOTT v. STATE.
### 5 Div. 29.

Court of Appeals of Alabama.
Nov. 23, 1937.

SAMFORD, Judge.
Appeal dismissed.

186 So. 914
## Lula Bell ADAMS v. STATE.
### 6 Div. 348.

Court of Appeals of Alabama.
Jan. 10, 1939.

J. Howard Perdue, Jr., of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 910
## Terrell ADAMS v. STATE.
### 8 Div. 754.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

189 So. 917
## Jeff ALEXANDER v. STATE.
### 8 Div. 761.

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

179 So. 925
## Clifford ALLEN and Noble Simpson v. STATE.
### 8 Div. 538.

Court of Appeals of Alabama.
Feb. 22, 1938.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.